IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURLEY JOHN BROUSSARD, JR., | 1:12-cv-01040-MJS (HC) |
| Petitioner, | ORDER GRANTING RESPONDENT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING |
| v. | (Doc. 81) |
| MATTHEW CATE, | |
| Respondent. | THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On February 15, 2013, Respondent filed a motion to extend time to file a responsive pleading. Good cause having been presented to the Court, IT IS HEREBY ORDERED that:

Respondent is granted thirty days from the date of service of this order in which to file a responsive pleading.

IT IS SO ORDERED.

Dated:   February 19, 2013            /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE