# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURLEY JOHN BROUSSARD, JR., | 1:12-cv-01040 MJS HC |
| Petitioner, | ORDER DENYING PETITIONER'S MOTION TO SUPPRESS |
| v. | (Doc. 60) |
| MATTHEW CATE, Director, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On July 11, 2012, Petitioner filed a motion to suppress and return evidence under California Penal Code § 1538.5. (ECF No. 60.)

The motion to suppress is DENIED.

Petitioner's motion requests relief from evidentiary rulings made in the state court. That is not the type of relief anticipated on habeas review. The remedy here, if Petitioner makes a sufficient showing, will be to order Petitioner's conditional release. See <u>Harvest v. Castro</u>, 531 F.3d 737, 741-742 (9th Cir. 2008). The Court shall review whether Petitioner constitutional rights were violated at trial, but it will not otherwise address evidentiary findings or rulings made by the trial court.

///

///

-1-

1    Accordingly, Petitioner's motion to suppress is DENIED. (ECF No. 60.)

3  IT IS SO ORDERED.

4  Dated:     March 19, 2013                    /s/ *Michael J. Seng*
                                                UNITED STATES MAGISTRATE JUDGE