IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CURLEY JOHN BROUSSARD, JR.,**<br>Petitioner,<br>v.<br>**RALPH M. DIAZ, Director,**<br>Respondent. | Case No. 1:12-cv-01040 LJO MJS (HC)<br>**ORDER REGARDING PETITIONER'S OUTSTANDING MOTIONS**<br><br>**(Docs. 68, 70, 77, 97-98)** |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner has several motions pending before the Court. Each is addressed below.

First, on October 25, 2012, Petitioner moved to amend his prayer for relief. (ECF No. 68.) That motion is procedurally inappropriate. Rather than amend a petition piecemeal, Petitioner must file an amended petition that is complete in itself and without reference to other pleadings. See Local Rule 220. Petitioner was forewarned of this requirement by the Court when he was directed to file an amended Petition. (See Order, ECF No. 61.) By way of a separate order, the Court shall recommend that Petitioner be allowed to file an amended petition relating to his claims arising out of his 2010

1

1  conviction. Accordingly, Petitioner's motion to amend is DENIED as moot.

2  On November 1, 2012, Petitioner filed a request for various documents to assist in his representation in this matter. (ECF No. 70.) Since filing the motion, Petitioner has been served with Respondent's answer which included many, if not all, of the necessary documents. Accordingly Petitioner's request for court documents is DENIED.

On January 2, 2013, Petitioner sought reconsideration of rulings on his motion to appoint counsel and motion for default. (ECF No. 77.) While Petitioner therein complains about the conditions of his confinement, he does not attempt to explain why the Court's prior rulings were incorrect or should be revisited. Accordingly, Petitioner's motion for reconsideration is DENIED.

On June 5, 2013, Petitioner filed a motion for leave to file an amended petition. (ECF No. 97.) Petitioner desires to correctly name the proper Respondent. As Petitioner shall be provided the opportunity to file an amended petition, the motion to amend the present petition is DENIED as moot.

On June 11, 2013, Petitioner filed a motion for default judgment based on Respondent's failure to file a response to Petitioner's traverse. (ECF No. 98.) Respondent has no obligation to respond to the traverse. The motion for default is DENIED.

Accordingly, it is hereby ORDERED that Petitioner's motions to amend motion for court orders, motion for reconsideration, and motion for default judgment are DENIED. (Docs. 68, 70, 77, 97-98.)

IT IS SO ORDERED.

Dated: September 4, 2013    /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE