IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CURLEY JOHN BROUSSARD, JR.,**<br><br>Petitioner,<br><br>v.<br><br>**RALPH M. DIAZ, Director,**<br><br>Respondent. | 1:12-cv-01040 LJO MJS HC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION REGARDING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>[Doc. 100] |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On September 5, 2013, the Magistrate Judge issued a Findings and Recommendation that the first claim of the Petition for Writ of Habeas Corpus be DENIED and the second claim be DISMISSED with the opportunity to file an amended petition. This Findings and Recommendation was served on all parties with notice that any objections were to be filed within thirty (30) days of the date of service of the order. Petitioner filed objections on October 4 and 11, 2013.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued September 5, 2013, is ADOPTED;

2. Claim one the petition for a writ of habeas corpus is DENIED with prejudice; and

3. Petitioner's second claim, challenging his 2010 conviction is dismissed without prejudice to Petitioner filing a Second Amended Petition providing sufficient facts, arguments, and legal authority to support his claim. Petitioner shall have thirty (30) days from the date of issuance of this order to file the amended petition. Petitioner is forewarned that failure to follow this order will result in dismissal of the petition pursuant to Local Rule 110.

IT IS SO ORDERED.

Dated:   **February 13, 2014**            /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

2